FILED / ENTERED
OCT 20 2011
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 2:11-CR-050-RCJ (CWH) |
| JASMINE BERNARD AUSTION, | |
| Defendant. | |

**ORDER OF FORFEITURE**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JASMINE BERNARD AUSTION a criminal forfeiture money judgment in the amount of $5,194.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

DATED this 20Th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE